FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 19, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STACY R.,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:18-cv-00167-SAB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

On April 2, 2019, Magistrate Judge Mary K. Dimke issued a Report and Recommendation to Grant Plaintiff's Motion for Summary Judgment and to Deny Defendant's Motion for Summary Judgment. ECF No. 20. No timely objections to the Report and Recommendation were filed.

//
//
//
//
//
//
//
//
//

**ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The Court **adopts** Magistrate Judge Dimke's Report and Recommendation, ECF No. 20, in its entirety.
2. Plaintiff's Motion for Summary Judgment, ECF No. 14, is **GRANTED**.
3. Defendant's Motion for Summary Judgment, ECF No. 18, is **DENIED**.
4. The decision of the ALJ is **REVERSED and REMANDED** to the Commissioner of Social Security for further proceedings consistent with the Magistrate's Report and Recommendation. The District Court Executive is directed to enter judgment in favor of Plaintiff and against Defendant.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel, and close the file.

**DATED** this 19th day of April 2019.



Stanley A. Bastian
United States District Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION ~ 2**