# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 19, 2019

SEAN F. McAVOY, CLERK

STACY R.,

   *Plaintiff*

v.  Civil Action No. 2:18-CV-167-SAB

COMMISSIONER OF SOCIAL SECURITY,

   *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The Court adopts Magistrate Judge Dimke's Report and Recommendation, ECF No. 20, in its entirety.  Plaintiff's Motion for Summary Judgment, ECF No. 14, is GRANTED.  Defendant's Motion for Summary Judgment, ECF No. 18, is DENIED.  The decision of the ALJ is REVERSED and REMANDED to the Commissioner of Social Security for further proceedings consistent with the Magistrate's Report and Recommendation.  Judgment is entered in favor of the Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian  on motions for summary judgment.

Date: April 19, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*

Virginia Reisenauer